# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO.: 3:17-CR-306-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| BOB SCOTT CHAVIS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Reconsideration Of Codefendant's Conditions Of Release" (Document No. 70) filed November 16, 2017. Having carefully considered the motion and the record, and noting no objection from either the Government or Defendant's Probation Officer, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion For Reconsideration Of Codefendant's Conditions Of Release" (Document No. 70) is **GRANTED**.

**IT IS FURTHER ORDERED** that Section J of the "Order Setting Conditions Of Release" (Document No. 49) shall be modified to enable Bob Scott Chavis and Brandy Chavis to reside and have contact with one another.

**SO ORDERED**.

Signed: November 17, 2017

David C. Keesler
United States Magistrate Judge